The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CONTEVA S. LEE-AGUILAR,<br><br>Defendant. | NO. CR14-201MJP<br><br>ORDER OF DISMISSAL |

The government has moved for the dismissal of the Indictment in the above-entitled case without prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

This Court, having reviewed the entirety of the files herein, hereby ORDERS that the Indictment in the above-entitled case is DISMISSED WITHOUT PREJUDICE as to Defendant Conteva S. Lee-Aguilar, and any outstanding arrest warrants filed in the above-entitled case are hereby quashed.

Dated this 13th day of September, 2019.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL - 1
*United States v. Lee-Aguilar* /CR14-201MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*s/ James D. Oesterle*
JAMES D. OESTERLE
Assistant United States Attorney

ORDER OF DISMISSAL - 1
*United States v. Lee-Aguilar* /CR14-201MJP